UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_Noble Judah Ali Bey_

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

_WELLS FARGO BANK N.A._

_U.S. BANK NATIONAL ASSOCIATION_

_PHELAN, HALLINAN & SCHMEIG, LLP._

_SHERIFF DEPARTMENT OF PHILADELPHIA_

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

10    2984

**COMPLAINT**

Jury Trial: ☑ Yes  ☐ No

(check one)

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name              _Noble Judah Ali Bey_
           Street Address    _% 256 Burmont Road_
           County, City      _Drexel Hill_
           State & Zip Code  _Pennsylvania 19026_
           Telephone Number  _610-818-9617_

Rev. 10/2009

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name WELLS FARGO BANK N.A. (CORPORATE OFFICES)
Street Address 420 MONTGOMERY STREET
County, City SAN FRANCISCO
State & Zip Code CALIF. 94104
ATTN: LEGAL DEPT
MR. ROBERT ADELE

Defendant No. 2
Name US BANK NATIONAL ASSOCIATION
Street Address US BANK PLAZA 200 SOUTH 6TH STREET
County, City MINNEAPOLIS, MINNESOTA
State & Zip Code 55402

Defendant No. 3
Name PHELAN, HALLINAN & SCHMEIG, LLP.
Street Address 1 PENN CENTER PLAZA SUITE 1400
County, City PHILADELPHIA
State & Zip Code PENNSYLVANIA 19103

Defendant No. 4
Name JOHN GREEN (SHERIFF'S DEPARTMENT)
Street Address 100 SOUTH BOARD STREET 5TH FLOOR
County, City PHILADELPHIA
State & Zip Code PENNSYLVANIA 19110

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ☒ Federal Questions        ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? HUMAN RIGHT, CONSTITUTIONAL RIGHTS

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __IN PHILADELPHIA__

B. What date and approximate time did the events giving rise to your claim(s) occur? __SINCE OCTOBER 2008__

| What happened to you? |

C. Facts: __"SEE ATTACHED COMPLAINT"__

| Who did what? |

| Was anyone else involved? |

| Who else saw what happened? |

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _N/A_

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

$220,000,000.00 AGAINST PHELAN, HALLINAN & SCHMEIG, LLP. AND $100,000,000.00 AGAINST WELLS FARGO BANK THEY BOTH HAVE SELF EXECUTING CONTRACTS, AND BOTH ARE IN DEFAULT

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of ___JANUARY_____, 20_10_.

Signature of Plaintiff  Noble Judah Ali Bey
Mailing Address  c/o 256 Burmont Road
Drexel Hill,
Pennsylvania 19026
Telephone Number  610 818 9617
Fax Number (if you have one) _____
E-mail Address  judahali@hotmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____